# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jesse Clark Miller                   CHAPTER 13
       Christie Marie Miller
                 Debtor(s)                 BKY. NO. 23-20522 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                       Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
10 Nov 2023, 16:06:30, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com