IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: | : | Bankruptcy No. 23-20522-JAD
--- | --- | ---
Jesse Clark Miller, | : |
Christine Marie Miller | : |
    Debtor(s) | : |
Christine Marie Miller, | : | Chapter 13
 | : |
    Movant(s) | : |
 | : | Related to Document No.
v. | : |
Pathways Human Services of PA LLC, | : |
    Respondent(s) | : |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated November 21, 2023 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on November 21, 2023.

Pathways Hunan Services of PA LLC
Attn: Payroll Manager
10304 Spotsylvania Ave., Suite 300
Fredericksburg, VA. 22408

                Attorney for Movant(s):
                Rice & Associates Law Firm
                /s/ David A Rice, Esq.
                15 West Beau Street
                Washington, PA  15301
                724-225-7270
                ricelaw1@verizon.net
                PA ID#  50329