# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20522 JAD |
| Jesse Clark Miller | : | |
| Christie Marie Miller | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Related to Doc No. 52 |
| =============================== | : | |
| Scott R. Lowden, Esq | : | |
| Applicant(s) | : | Hearing: 5/14/24 at 10:00 AM |
| v. | : | |
| No Respondent | : | |
| Respondent(s) | : | |

## CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 12, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than April 29, 2024.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 30, 2024

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com