**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:
**JESSE CLARK MILLER
CHRISTIE MARIE MILLER
            DEBTOR**

**CASE NO.  23-20522-JAD
CHAPTER 13**

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                          FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:        10500 Kincaid Drive, Suite 300
                           Fishers, IN 46037-9764

NEW NOTICE ADDRESS:        11988 Exit 5 Parkway, Building 4
                           Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:       10500 Kincaid Drive, Suite 300
                           Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:       11988 Exit 5 Parkway, Building 4
                           Fishers, IN 46037-7939

Dated: August 30, 2024

                    */s/Lorri Beltz*
                    Lorri Beltz, Vice President, Default
                    Freedom Mortgage Corporation
                    11988 Exit 5 Parkway, Building 4
                    Fishers, IN 46037-7939
                    Telephone: (855) 690-5900
                    E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.  23-20522-JAD** |
| **JESSE CLARK MILLER** | **CHAPTER 13** |
| **CHRISTIE MARIE MILLER** | |
| **DEBTOR** | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

SCOTT R. LOWDEN
SCOTT R. LOWDEN, ESQ
100 Heathmore Ave
Pittsburgh PA 15227-3226
*Counsel for Debtor*

RONDA J. WINNECOUR
600 Grant St Ste 3250
Pittsburgh PA 15219-2719
*Chapter 13 Trustee*

JESSE CLARK MILLER
CHRISTIE MARIE MILLER
112 Oak Hill Dr
Washington PA 15301-3051
*Debtor*

This 30th Day of August, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com