IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-20522-JAD |
| Jesse Clark Miller, | : |
| Christie Marie Miller, | : |
| Debtor(s) | : |
| Jesse Clark Miller, | : |
| Movant(s) | : |
| | : Related to Document No. |
| v. | : |
| North Shore Personnel Services, | : |
| Respondent(s) | : |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on October 15, 2025 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on October 16, 2025.

North Shore Personnel Services
Attn: Payroll Manager
2082 Michelson Drive 4th
Irvine, CA. 92612

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329