**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Jesse Clark Miller | ) | Bankruptcy No. 23-20522 JAD |
| Christie Marie Miller | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Movant(s) | ) | Related to |
| v. | ) | Doc. No.    76 |
| No Respondent | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, this __12th__ day of __February__, 2026, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $9,570.25, of which $9,351.50 are attorney fees and $218.75 are costs, and that the total previously allowed Attorney's Fees and Costs were $6,463.89.  This award covers the period from 4/30/2024 to 1/21/2026.

Therefore, the Application in its face amount of $3,106.36 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $3,106.36 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between April 30, 2024 and January 21, 2026 in the amount of **$3,038.50** and expenses in the amount of **$67.86** for a total of **$3,106.36**.  The total award of compensation for services to date is **$9,351.50** and expenses in the amount of **$218.75** for a grand total in the amount of **$9,570.25.**

BY THE COURT:

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
2/12/26 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-20522-JAD

Jesse Clark Miller                                                                      Chapter 13

Christie Marie Miller

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                        Page 1 of 2

Date Rcvd: Feb 12, 2026                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb            +  Jesse Clark Miller, Christie Marie Miller, 112 Oak Hill Drive, Washington, PA 15301-3051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name**                  **Email Address**

Andrew L. Spivack

        on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

David A. Rice

        on behalf of Joint Debtor Christie Marie Miller ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice

        on behalf of Debtor Jesse Clark Miller ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon

        on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Mario J. Hanyon

        on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Feb 12, 2026

Form ID: pdf900

Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Scott R. Lowden

on behalf of Joint Debtor Christie Marie Miller lowdenscott@gmail.com

Scott R. Lowden

on behalf of Debtor Jesse Clark Miller lowdenscott@gmail.com


TOTAL: 9