**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**
**Jesse Clark Miller**
**AND**
**Christie Marie Miller**
**fka Christie Marie Schreiber,**
**Debtors.**
____________________________________/

**CASE NO.: 23-20522-JAD**
**CHAPTER 13**

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 4-1**

PLEASE TAKE NOTICE THAT, on behalf of USAA Federal Savings Bank the undersigned hereby withdraws Proof of Claim 4-1, filed by USAA Federal Savings Bank on March 20, 2023, in the amount of $9,933.87. The debt is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 4-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Robertson, Anschutz, Schneid Crane & Partners PLLC
Authorized Agent for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

By: _/s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**
**Jesse Clark Miller**
**AND**
**Christie Marie Miller**
**fka Christie Marie Schreiber,**
**Debtors.**
_________________________________/

**CASE NO.: 23-20522-JAD**
**CHAPTER 13**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 23, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Jesse Clark Miller**
**112 Oak Hill Drive**
**Washington, PA 15301**

**Christie Marie Miller**
**112 Oak Hill Drive**
**Washington, PA 15301**

And via electronic mail to:
**Scott R. Lowden**
**Scott R. Lowden, Esq**
**100 Heathmore Avenue**
**Pittsburgh, PA 15227**

**David A. Rice**
**Rice & Associates Law Firm**
**15 West Beau Street**
**Washington, PA 15301**

**Ronda J. Winnecour**
**Suite 3250, USX Tower**
**600 Grant Street**
**Pittsburgh, PA 15219**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**
**Jesse Clark Miller**
**AND**
**Christie Marie Miller**
**fka Christie Marie Schreiber,**
**Debtors.**
____________________________________/

**CASE NO.: 23-20522-JAD**
**CHAPTER 13**

**Office of the United States Trustee**
**1000 Liberty Avenue**
**Suite 1316**
**Pittsburgh, PA 15222**

By: _/s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com