IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-20522-JAD |
| | ) | |
| Jessie Clark Miller, | ) | Chapter 13 |
| Christe Marie Miller, | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No. |
| Jessie Clark Miller, | ) | |
| Christie Marie Miller, | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE OF ORDER APPROVING FEE APPLICATION

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Order at DN 90 on the parties at the addresses listed below on October 16, 2026 by US Postal Service First Class Mail:

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Jesse & Christie Miller
112 Oak Hill Drive
Washington, PA. 15301

ALL CREDITORS LISTED ON THE ATTACHED MATRIX.

EXECUTED ON: October 16, 2026

By: /s/ David Rice
David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
75 E. Maiden St., Suite 101A
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Comenity/Big Lots
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Dept of Ed/Nelnet
Attn: Bankruptcy Claims/Nelnet
Po Box 82505
Lincoln, NE 68501

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Internal Revenue Service
1000 Liberty Avenue
Pittsburgh, PA 15222

Lendclub Bnk
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

NASA Federal Credit Union
Attn: Bankruptcy
500 Prince Georges Blvd
Upper Marlboro, MD 20774

Navient
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barr, PA 18773

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Syncb/Midas
Attn: Bnakruptcy
Po Box 965060
Orlando, FL 32896

Syncb/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/Verizon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Tristate
264 Highland Park Blvd
Wilkes Barre, PA 18702

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288