IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-20522-JAD |
| | ) | |
| Jesse Clark Miller, | ) | Chapter 13 |
| Christie Marie Miller, | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No. |
| Jesse Clark Miller, | ) | |
| Christie Marie Miller, | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE OF CONFIRMATION ORDER

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Order at DN 93 on the parties at the addresses listed below on October 22, 2026 by US Postal Service First Class Mail:

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Jesse & Christie Miller
112 Oak Hill drive
Washington, PA. 15301

ALL CREDITORS LISTED ON THE ATTACHED MATRIX.

EXECUTED ON: October 22, 2026

By: /s/ David Rice
David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
75 E. Maiden St., Suite 101A
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net

**23-20522-JAD** Jesse Clark Miller and Christie Marie Miller
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Jeffery A. Deller
**Date filed:** 03/09/2023 **Date of last filing:** 10/20/2026 **Plan confirmed:** 11/13/2025

# Creditors

| | |
|---|---|
| **Capital One**<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | (15578980)<br>(cr) |
| **Capital One N.A.**<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (15594084)<br>(cr) |
| **Citibank, N.A.**<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | (15600063)<br>(cr) |
| **Citibank/The Home Depot**<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179 | (15578981)<br>(cr) |
| **Comenity/Big Lots**<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218 | (15578982)<br>(cr) |
| **Credit One Bank**<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193 | (15578983)<br>(cr) |
| **Dept of Ed/Nelnet**<br>Attn: Bankruptcy Claims/Nelnet<br>Po Box 82505<br>Lincoln, NE 68501 | (15578984)<br>(cr) |
| **Discover Bank**<br>P.O. Box 3025<br>New Albany OH 43054 | (15592728)<br>(cr) |
| **Discover Financial**<br>Attn: Bankruptcy | (15578985) |

| | |
|---|---|
| Po Box 3025<br>New Albany, OH 43054 | (cr) |
| **Freedom Mortgage Corporation**<br>Attn: Bankruptcy Department<br>11988 Exit 5 Parkway, Building 4<br>Fishers, IN 46037-7939 | (15601043)<br>(cr) |
| **Freedom Mortgage Corporation**<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel, NJ 08054 | (15578986)<br>(cr) |
| **Internal Revenue Service**<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222 | (15578987)<br>(cr) |
| **Jefferson Capital Systems LLC**<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (15601797)<br>(cr) |
| **Lendclub Bnk**<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105 | (15578988)<br>(cr) |
| **LVNV Funding LLC**<br>PO Box 10587<br>Greenville, SC 29603 | (16587460)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (15582428)<br>(cr) |
| **MOHELA**<br>Attn: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005 | (15578989)<br>(cr) |
| **NASA Federal Credit Union**<br>PO Box 1588<br>Bowie, MD 20717 | (15593461)<br>(cr) |
| **NASA Federal Credit Union**<br>Attn: Bankruptcy<br>500 Prince Georges Blvd<br>Upper Marlboro, MD 20774 | (15578990)<br>(cr) |
| **Navient**<br>Attn: Bankruptcy | (15578991) |

| | |
|---|---|
| Po Box 9640<br>Wiles-Barr, PA 18773 | (cr) |
| **Navient**<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barr, PA 18773 | (15578992)<br>(cr) |
| **NAVIENT PC TRUST**<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | (15580319)<br>(cr) |
| **Navient Solutions, LLC.**<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | (15580297)<br>(cr) |
| **Navy FCU**<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119 | (15578993)<br>(cr) |
| **Navy Federal Credit Union**<br>P.O. Box 3000<br>Merrifield, VA 22119 | (15582197)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>POB 12914<br>Norfolk, VA 23541 | (15601766)<br>(cr) |
| **Quantum3 Group LLC as agent for**<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (15600058)<br>(cr) |
| **Sallie Mae P.O. Box 3319 Wilmington DE 19804** | (16665362)<br>(cr) |
| **Syncb/Midas**<br>Attn: Bnakruptcy<br>Po Box 965060<br>Orlando, FL 32896 | (15578994)<br>(cr) |
| **Syncb/Old Navy**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | (15578995)<br>(cr) |
| **Syncb/Verizon**<br>Attn: Bankruptcy | (15578996) |

| | |
|---|---|
| Po Box 965060<br>Orlando, FL 32896 | (cr) |
| **Synchrony Bank**<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | (15579057)<br>(ntcapr) |
| **Synchrony Bank/JCPenney**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | (15578997)<br>(cr) |
| **Synchrony Bank/Sams Club**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | (15578998)<br>(cr) |
| **Synchrony Bank/TJX**<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896 | (15578999)<br>(cr) |
| **Synchrony/PayPal Credit**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | (15579000)<br>(cr) |
| **Target**<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440 | (15579001)<br>(cr) |
| **Tristate**<br>264 Highland Park Blvd<br>Wilkes Barre, PA 18702 | (15579002)<br>(cr) |
| **US Department of Education c/o Nelnet**<br>121 S 13th St<br>Lincoln, NE 68508 | (15585691)<br>(cr) |
| **USAA Federal Savings Bank**<br>Attn: Bankruptcy<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 | (15579003)<br>(cr) |
| **USAA Federal Savings Bank**<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>10700 Abbotts Bridge Road, Suite 170 | (15582527)<br>(cr) |

Duluth, GA 30097

## PACER Service Center

### Transaction Receipt

| 10/21/2026 14:26:28 | | | |
|---|---|---|---|
| **PACER Login:** | ricelaw1 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 23-20522-JAD Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |