Certificate Number: 03621-PAW-DE-041591923

Bankruptcy Case Number: 23-20522

03621-PAW-DE-041591923

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 8:11 o'clock AM EDT, Christie M Miller completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 23, 2026

By: /s/Blanca Velasquez

Name: Blanca Velasquez

Title: Credit Counselor