IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Jesse Clark Miller | : | Case No. 23-20522-JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document 98 |
| Movant(s) | : | Hearing: |
| vs. | : | |
| Jesse Clark Miller | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, Susan Legler of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:

That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 23rd day of October 2026, I served a copy of Order to Stop Payroll Deduction.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Jesse Clark Miller
112 Oak Hill Drive
Washington, PA 15301

Scott R. Lowden, Esquire
100 Heathmore Ave.
Pittsburgh, PA 15227

North Shore Personnel Services
Attn: Payroll
2082 Michelson Drive 4th
Irvine, CA 92612

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/23/2026

/s/Susan Legler
Susan Legler
Suite 3250 - US Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
cmecf@chapter13trusteewdpa.com