IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Jesse Clark Miller<br><br>Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>Movant(s)<br>vs.<br>Jesse Clark Miller<br><br>Respondent(s) | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 23-20522-JAD<br>Chapter 13<br><br>Related to Document 97<br><br>Hearing: |

CERTIFICATE OF SERVICE

I, Susan Legler of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:

That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 23rd day of October 2026, I served a copy of Order to Stop Payroll Deduction.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Jesse Clark Miller
112 Oak Hill Drive
Washington, PA 15301

Scott R. Lowden, Esquire
100 Heathmore Ave.
Pittsburgh, PA 15227

Pathways Human Services of PA, LLC
Attn: Payroll Manager
10304 Spotsylvania Avenue, Suite 300
Fredericksburg, VA 22408

I certify under penalty of perjury that the is true and correct.

Executed on 10/23/2026

/s/Susan Legler
Susan Legler
Suite 3250 - US Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
cmecf@chapter13trusteewdpa.com